IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RODNEY J. MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-094 |
| | ) | |
| MR. HINES; DEPUTY WARDEN CLARK; | ) | |
| and TERRELL, DENIES, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Southern District of Georgia even though the named defendants are located in Baldwin County, Georgia, and the events in Plaintiff's complaint allegedly occurred there. (See doc. no. 1.) Because Baldwin County is in the Middle District of Georgia, the proper venue is the Macon Division of the Middle District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 18th day of July, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA