IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RODNEY J. MILES,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | NO. 5:23-cv-00254-TES-CHW |
| **MR. HINES,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

# ORDER

Plaintiff Rodney J. Miles, who is currently confined in Baldwin State Prison in Hardwick, Georgia, has filed a *pro se* 42 U.S.C. § 1983 complaint. Compl., ECF No. 1. Plaintiff has not paid the $402.00 filing fee applicable for his complaint or moved for leave to proceed in this action *in forma pauperis*. A prisoner seeking to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2).

If he wants to proceed with this case, Plaintiff is now **ORDERED** to either pay the $402.00 filing fee in full or move for leave to proceed *in forma pauperis*. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to either pay the filing fee or submit a proper and complete motion for leave to proceed *in forma pauperis*. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this case.

2

The **CLERK** is **DIRECTED** to forward Plaintiff a blank motion for leave to proceed *in forma pauperis*, along with the appropriate account certification form and Plaintiff's service copy of this order (with the civil action number showing on all). There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 28th day of July, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge